# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TRACI SINGH,

    Plaintiff,

v.                                               Case No. 6:22-cv-1365-RBD-EJK

ORLANDO HEALTH, INC.,

    Defendant.
_____

## ORDER

    Before the Court is Defendant's Motion for Sanctions (Doc. 17 ("Motion")).

    In this Family and Medical Leave Act case, Plaintiff was originally represented but became *pro se* in December 2022. (Docs. 1-3, 13.) Shortly after her counsel's withdrawal, U.S. Magistrate Judge Embry J. Kidd ordered Plaintiff to respond to Defendant's discovery requests. (Doc. 16.) When she did not, Defendant moved for the sanction of dismissal under Federal Rule of Civil Procedure 37. (Doc. 17.) On referral, Judge Kidd entered a Report and Recommendation submitting that the Court should grant the Motion and dismiss the case with prejudice. (Doc. 25 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 25) is **ADOPTED, CONFIRMED,** and made a part of this Order in its entirety.

2. Defendant's Motion (Doc. 17) is **GRANTED**.

3. This case is **DISMISSED WITH PREJUDICE**.

4. Defendant is **AWARDED** its reasonable expenses incurred in bringing the Motion (Doc. 17) as well as the earlier motion to compel discovery (Doc. 14). Defendant is **DIRECTED** to file a motion identifying its reasonable expenses within fourteen days of the date of this Order.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 27, 2023.



ROY B. DALTON JR.
United States District Judge